**Order entered May 31, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00141-CR

### EX PARTE ROBERT J. CRIDER II

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-84506-08**

## ORDER

We **GRANT IN PART** appellant's May 26, 2016 motion to vacate and reconsider and order the following relief.

We **VACATE** the Court's May 24, 2016 order, and we remove this case from submission. We extend the time to file appellant's brief to **June 14, 2016**. The time to file the State's brief is extended until **June 28, 2016**. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1. The appeal will be submitted in due course after the briefing deadlines have expired. All other requested relief is **DENIED**.

We **DIRECT** the Clerk to send copies of this order to Robert J. Crider II and to the Collin County District Attorney's Office.

/s/     MOLLY FRANCIS
        JUSTICE